| | |
|---|---|
| 1  MELINDA HAAG (CABN 132612)<br>   United States Attorney | **FILED** |
| 2  | 2011 APR 11  P 3: 43 |
| 3  MIRANDA KANE (CABN 150630)<br>   Chief, Criminal Division | RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: kyle.waldinger@usdoj.gov

8  Attorneys for Plaintiff

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,            )    No. CR 99-0102 EXE
                                         )
13         Plaintiff,                    )
                                         )    NOTICE OF DISMISSAL
14     v.                                )
                                         )
15  RAMIRO LNU and                       )
    JOSE CARLOS HERRERA a/k/a            )    SAN FRANCISCO VENUE
16     JOSE HERRARA,                     )
                                         )
17         Defendants.                   )
                                         )
18  _____

19         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above Indictment and

21  moves that the Court quash the arrest warrants issued on or about April 1, 1999, in connection

22  with the Indictment in this case.

23  DATED: April _6_, 2011              Respectfully submitted,

24                                      MELINDA HAAG
                                        United States Attorney
25

26                                      _____
27                                      MIRANDA KANE
                                        Chief, Criminal Division
28

NOTICE OF DISMISSAL
CR 99-0102 EXE

1   Leave is GRANTED to the government to dismiss the Indictment. It is further
2   ORDERED that the arrest warrants issued on or about April 1, 1999, in connection with the
3   Indictment in this case are hereby QUASHED.

4

5   Date: April __7__, 2011

_/s/_

WILLIAM H. ALSUP
United States District Judge

NOTICE OF DISMISSAL
CR 99-0102 EXE                                2